UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| Plaintiff, | ) |
| | ) 18 U.S.C. § 922(g)(1) |
| v. | ) 18 U.S.C. § 924(a)(8) |
| QMARIZ KYON WALKER, | ) |
| Defendant. | ) |

25CR43 KMM/LIB

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of a Firearm)

On or about January 26, 2025, in the State and District of Minnesota, the defendant,

**QMARIZ KYON WALKER,**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:

SCANNED
FEB 1 2 2025
U.S. DISTRICT COURT MPLS

*United States v. Qmariz Kyon Walker*

| Offense | Place of Conviction | Date of Conviction (on or about) |
|---|---|---|
| 1st Degree Burglary—Dwelling-Occupied-Non-Accomplice Present | Hennepin County, Minnesota | September 25, 2015 |
| 1st Degree Aggravated Robbery | Hennepin County, Minnesota | September 14, 2017 |
| 3rd Degree Assault—Substantial Bodily Harm | Goodhue County, Minnesota | June 26, 2024 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Taurus nine-millimeter pistol bearing serial number TJZ13135, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATIONS

Count 1 of this is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

If convicted of Count 1, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms accessories or ammunition involved in or used in the commission of the violation, including but not limited to:

*United States v. Qmariz Kyon Walker*

1. Taurus nine-millimeter pistol bearing serial number TJZ13135; and

2. any ammunition seized therewith.

A TRUE BILL

_____     _____
ACTING UNITED STATES ATTORNEY       FOREPERSON